IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01293-AP

WILLIAM LOPEZ,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Katherine E. McClure, Esq.
Benjamin T. Kennedy, Esq.
Sawaya, Rose, Kaplan, & McClure, P.C.
1600 Odgen Street
Denver, CO 80218
Telephone (303) 551-7701
E-mail: kmcclure@sawayalaw.com

For Defendant:
JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Civil Chief

WILLIAM G. PHARO
Assistant United States Attorney
William.Pharo@usdoj.gov

DAVID BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone:(303) 844-1571
david.blower@ssa.gov

1

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**      **Date Complaint Was Filed:** May 17, 2012

      **B.**      **Date Complaint Was Served on U.S. Attorney's Office:** May 21, 2012

      **C.**      **Date Answer and Administrative Record Were Filed:** July 20, 2012

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.      OTHER MATTERS**

      There are no other matters anticipated.

**8.     BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

    **A.**     **Plaintiffs Opening Brief Due:** September 18, 2012

    **B.**     **Defendant's Response Brief Due:** October 18, 2012

    **C.**     **Plaintiffs Reply Brief (If Any) Due:** November 2, 2012

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiffs Statement:**  Plaintiff does not request oral argument.

    **B.**     **Defendant's Statement:**   Defendant does not request oral argument

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 3rd day of August, 2012.

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Katherine McClure<br>Katherine McClure<br>Benjamin T. Kennedy<br>Sawaya, Rose, Kaplan, & McClure, P.C.<br>1600 Odgen Street<br>Denver, CO 80218<br>Telephone (303) 551-7701<br>E-mail: kmcclure@sawayalaw.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br>KEVIN TRASKOS<br>Civil Chief<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>William.Pharo@usdoj.gov<br>By:  s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>david.blower@ssa.gov<br>Attorneys for Defendant. |