IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-1293-AP**

**WILLIAM LOPEZ,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff's Unopposed Motion to Amend/Correct/Modify Plaintiff's Opening Brief (doc. #18), filed September 25, 2012, is **GRANTED**. Plaintiff's Amended Opening Brief (doc. #18-1) is accepted as filed.

Dated:  September 25, 2012