IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01293-WYD

WILLIAM LOPEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant/s.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on September 16, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Administrative Law Judge's decision is AFFIRMED, and this case is terminated.

DATED at Denver, Colorado this 16th day of September, 2013.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/ Edward P. Butler
    Edward P. Butler,
    Deputy Clerk